**JS-6**

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

XIAOMEI XU,

Petitioner,

v.

WARDEN ADELANTO ICE PROCESSING CENTER, et al.,

Respondents.

Case No. 5:26-CV-05625-CTS

**JUDGMENT**

Pursuant to the Order Granting Petition for Writ of Habeas Corpus filed October 27, 2026 (ECF No. 15), IT IS ADJUDGED that the Petition is granted.

DATED: October 27, 2026

CHRISTINA T. SHAY
UNITED STATES MAGISTRATE JUDGE